■ Jose A. Santos, Respondent, v Frank Nicolas et al., Appellants. [885 NYS2d 202]—

Appeal from order, Supreme Court, Bronx County (Cynthia S. Kern, J.), entered on or about May 12, 2009, which granted plaintiff's motion to preclude the testimony of defendants' proposed expert witness, unanimously dismissed, without costs.

An evidentiary ruling made before trial is generally reviewable only in connection with the appeal from the judgment rendered after trial (*Weatherbee Constr. Corp. v Miele*, 270 AD2d 182 [2000]). Accordingly, no discrete appeal lies from an order granting plaintiff's motion to preclude proposed expert testimony (*Rodriguez v Ford Motor Co.*, 17 AD3d 159, 160 [2005]). Since the order defendants seek to challenge was nothing more than an evidentiary ruling, it did not go to the merits of the case (*cf. Matter of City of New York v Mobil Oil Corp.*, 12 AD3d 77 [2004]).

Were we to reach the merits of the appeal, we would affirm. At the *Frye* hearing (*Frye v United States*, 293 F 1013 [DC Cir 1923]) to determine the admissibility of proffered expert witness testimony opining on the causation of plaintiff's personal injuries, defendants failed to establish that this expert's theory was generally accepted in the scientific community. The exclusion of such testimony was thus a provident exercise of the court's discretion (*see Coratti v Wella Corp.*, 56 AD3d 343 [2008]). Concur—Gonzalez, P.J., Andrias, Catterson, Acosta and Abdus-Salaam, JJ.

■ In the Matter of Robert H. Haggerty, Petitioner, v Doris Ling-Cohan, Respondent. [885 NYS2d 240]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Gonzalez, P.J., Andrias, Catterson and Richter, JJ.